IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENT BIAGAS,

   Plaintiff,       No. CIV S-07-0724 LKK EFB P

 vs.

CSP SACRAMENTO, et al.,

   Defendants.     ORDER
_____/

  Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. He requests an extension of time to file an amended complaint. *See* Fed. R. Civ. P. 6(b).

  Plaintiff's May 31, 2007, request is granted and plaintiff has 30 days from the date this order is served to file an amended complaint.

  So ordered.

Dated: July 2, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE