IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENT BIAGAS,

        Plaintiff,                    No. CIV S-07-0724 LKK EFB P

    vs.

CSP SACRAMENTO, et al.,

        Defendants.          <u>ORDER</u>

        Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. He requests an extension of time to file an amended complaint. *See* Fed. R. Civ. P. 6(b).

        Plaintiff's July 10, 2007, request is granted and plaintiff has 30 days from the date this order is served to file an amended complaint.

        So ordered.

DATED: July 26, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE