IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENT BIAGAS,

      Plaintiff,                     No. CIV S-07-0724 LKK EFB P

     vs.

CSP SACRAMENTO, et al.,

      Defendants.        <u>ORDER</u>

                              /

     Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* § 1983. Plaintiff has requested a third extension of time to file an amended complaint. *See* Fed. R. Civ. P. 6(b).

     Plaintiff's August 15, 2007, request is granted and plaintiff has 20 days from the date this order is served to file an amended complaint. The court does not intend to grant additional requests for extensions of time.

     So ordered.

DATED: August 20, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE