IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENT BIAGAS,

     Plaintiff,                          No. CIV S-07-0724 LKK EFB P

     vs.

CSP SACRAMENTO, et al.,

     Defendants.                ORDER

_____/

     Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* § 1983. On May 15, 2007, the court dismissed plaintiff's complaint with leave to amend on the ground that he failed to state any claim upon which relief could be granted. On August 29, 2007, plaintiff requested a fourth extension of time to file an amended complaint. *See* Fed. R. Civ. P. 6(b).

     As grounds for his request, plaintiff asserts that he has been transferred between institutions, has been placed in administrative segregation, and has been subjected to unspecified "prejudice, discrimination, retaliation and harassment," by unspecified individuals. The court notes that plaintiff's only address change occurred before plaintiff's first request for additional time to file an amended complaint. Thus, transfer between prisons is not grounds for granting plaintiff's request. Furthermore, plaintiff provides no details about who is preventing him from

1

filing an amended complaint or how. Nonetheless, the court exercises its discretion to grant plaintiff's request. Plaintiff is warned that *no further requests for additional time will be granted unless plaintiff can demonstrate that particular individuals have engaged in specific acts that have actually prevented* plaintiff from filing an amended complaint.

Accordingly, is hereby is ORDERED that plaintiff's August 29, 2007, request is granted and plaintiff has 20 days from the date this order is served to file an amended complaint. Failure to comply with this order will result in a recommendation that this action be dismissed for plaintiff's failure to state a claim upon which relief can be granted.

DATED: September 4, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE