IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENT BIAGAS,

        Plaintiff,                    No. CIV S-07-0724 LKK EFB P

       vs.

CSP SACRAMENTO, et al.,

        Defendants.              FINDINGS & RECOMMENDATIONS

      Plaintiff is a prisoner, without counsel, seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On May 15, 2007, the court dismissed plaintiff's complaint with leave to amend on the grounds that he failed to state a cognizable claim against any defendant. The order explained the complaint's deficiencies, gave plaintiff 30 days to file an amended complaint correcting those deficiencies, and warned plaintiff that his failure to file an amended complaint would result in a recommendation that this action be dismissed for failure to state a claim. On August 29, 2007, plaintiff requested his fourth extension of time in which to file an amended complaint. On September 4, 2007, the court granted plaintiff one final extension of time, warned plaintiff that no further extensions would be granted, and that failure to file an amended complaint would result in a recommendation that this action be dismissed for failure to state a claim.

1

1  The 20-day period granted in the court's September 4, 2007, order has expired and
2  plaintiff has not filed an amended complaint or otherwise responded to the court's order.
3  Accordingly, it is hereby RECOMMENDED that this action be dismissed for failure to
4  state a claim.  28 U.S.C. § 1915A; 28 U.S.C. § 1915(g).
5  These findings and recommendations are submitted to the United States District Judge
6  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days
7  after being served with these findings and recommendations, any party may file written
8  objections with the court and serve a copy on all parties.  Such a document should be captioned
9  "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
10 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
11 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
12 DATED:   October 12, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2