IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENT BIAGAS,

        Plaintiff,                    No. CIV S-07-0724 LKK EFB P

    vs.

CSP-SACRAMENTO, et al.,

        Defendants.            <u>ORDER</u>

_____/

       Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

       On October 15, 2007, the magistrate judge filed findings and recommendations which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. On May 15, 2007, the magistrate judge found that plaintiff failed to state a claim against any defendant because he did not identify any individual who allegedly violated his rights. The magistrate judge explained that plaintiff must identify particular individuals who violated his rights and informed plaintiff of the elements of the claims plaintiff appeared to be asserting. The magistrate judge gave plaintiff 30 days to file an amended complaint and warned him that failure to do so would result in a

1

1  recommendation that this action be dismissed for failure to state a claim.  Plaintiff sought and
2  obtained four extensions of time to file an amended complaint.  He failed to do so, and on
3  October 15, 2007, the magistrate judge recommended that this action be dismissed for plaintiff's
4  failure to state a claim.
5      Within five weeks of the date the findings and recommendations were filed, plaintiff filed
6  two sets of objections to the findings and recommendations, and a document styled, "Notice and
7  Motion Allow Plaintiff a Reasonable Opportunity to Prevail on the Merits."  In the objections
8  filed on October 30, 2007, plaintiff asserts that prison staff tampered with his mail, but does not
9  state that he attempted to mail an amended complaint.  He also asserts that "prison officials . . . is
10 and/or has wilful acts of the basic quality of unlawful use of unreasonable excessive force
11 malicious and sadistic acts in bad faith to cause harm."  Pl.'s Oct. 30, 2007 Objs., at 3.  In the
12 objections filed October 22, 2007, plaintiff complains that the 20-day period to object to the
13 findings and recommendations is too short, demands a trial, and alleges that since he filed his
14 complaint, prison officials have subjected him to a cell extraction.  In his November 21, 2007,
15 "Notice and Motion," plaintiff asserts that he has demanded a trial in state and federal court and
16 that at some time he was forcefully extracted from his cell and transferred to a different prison.
17 He also complains that somehow his Fourth Amendment rights have been violated.
18     Having considered these documents in detail, the court notes that in not one of them does
19 plaintiff attempt to cure the deficiencies in his complaint.  Despite his list of complaints against
20 prison officials, he makes no connection between them and his failure to file an amended
21 complaint.  In fact, plaintiff offers no suggestion of why in the past six months he has not filed
22 any document attempting to follow the magistrate judge's instructions regarding what is required
23 to state a claim.  Thus, the court finds that this action must be dismissed for the reasons
24 explained by the magistrate judge.
25     Having conducted a de novo review of this case, see, 28 U.S.C. § 636(b)(1)(C) and Local
26 Rule 72-304, the court finds the findings and recommendations to be supported by the record and

1  by proper analysis.

2  Accordingly, IT IS HEREBY ORDERED that:

3  1. The findings and recommendations filed October 15, 2007, are adopted in full; and

4  2. This action is dismissed for plaintiff's failure to state a claim upon which relief can be

5  granted.

6  DATED:  December 13, 2007.

```
                                  /s/ Lawrence K. Karlton
                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT
```