IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENT BIAGAS,

        Plaintiff,                     No. CIV S-07-0724 LKK EFB P

vs.

CSP-SACRAMENTO, et al.,

                                   ORDER

        Defendants.

_____/

        Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On December 13, 2007, the court dismissed this action for plaintiff's failure to state a claim upon which relief could be granted and the Clerk of the Court duly entered judgment. On January 3 and 10, 2008, plaintiff filed motions to file an amended complaint. The court construes these motions as seeking relief from judgment.

        Pursuant to Fed. R. Civ. P. 60(b):

> On motion and upon such terms as are just, the court may relieve a party or a party's legal representative from a final judgment, order or proceeding for the following reasons: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence which by due diligence could not have been discovered in time to move for a new trial under rule 59(b); (3) fraud (whether heretofore denominated intrinsic or extrinsic), misrepresentation, or other misconduct of an adverse party; (4) the judgment is void; (5) the judgment has been satisfied, released or discharged, or a prior judgment upon which it is based has been reversed or otherwise vacated, or it is no longer equitable that the judgment should have prospective application; or (6) any other reason justifying relief from the operation of the judgment.

1 Plaintiff's complaint failed to state a claim because he did not identify particular
2 individuals who allegedly violated his rights and his allegations of the conditions that allegedly
3 violated his rights were too general.  In his requests for relief from judgment, plaintiff identifies
4 several particular individuals who he would name as defendants.  But his allegations still are too
5 vague to find that he states a claim against them.  Thus, plaintiff does not demonstrate he is
6 entitled to relief from judgment.

7 Accordingly, plaintiff's January 3 and 10, 2008, requests are denied.  The Clerk of the
8 Court is directed to terminate numbers 33 and 34 on the docket.

9 So ordered.

10 Dated: January 28, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT